■ NOUREEN ZAHID CHOHAN, Appellant-Respondent, v ZAHID MUNIR CHOHAN, Respondent-Appellant. [953 NYS2d 919]—Appeal and cross appeal from a judgment of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered May 18, 2011 in a divorce action. The judgment, inter alia, equitably distributed the marital property and awarded "additional" maintenance to plaintiff.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.